PROB 12C
(6/16)

Report Date: June 11, 2025

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Montellano        Case Number: 0980 1:23CR02061-SAB-1

Address of Offender: ███████████  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Marilyn L. Huff, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 4, 2013

| | |
|---|---|
| Original Offense: | Importation of Cocaine and Methamphetamine, 21 U.S.C. § 952, 960 |
| Original Sentence: | Prison - 144 months<br>TSR - 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Thomas J Hanlon |
| Defense Attorney: | Ulvar Wallace Klein |

Date Supervision Commenced: October 7, 2022

Date Supervision Expires: October 6, 2027

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 7, 2025.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  Mr. Montellano is considered to be in violation of his supervised release conditions by being arrested for second degree murder on or about January 28, 2025, per indictment in docket number 1:25-CR-2065-SAB, filed on June 10, 2025.<br><br>On or about January 28, 2025, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the defendant, Antonio Montellano, a non-Indian, with malice aforethought, did unlawfully kill R.C., an Indian, by striking him in the head with a shovel, all in violation of U.S.C. §§ 1111 and 1152. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on March 7, 2025.

Prob12C
**Re: Montellano, Antonio**
**June 11, 2025**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/12/2025

Date